# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ROBERT I. SHERMAN,**
            **Plaintiff,**

            vs.                                               Case Number:   **10-3206**

**STATE OF ILLINOIS, PAT QUINN,**
**ROD BLAGOJEVICH, WARREN RIBLEY,**
**JACK LAVIN, FRIENDS OF THE CROSS, INC.,**
**JEFF J. LINGLE, BILL VANDERGRAPH,**
            **Defendants.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Order entered by Chief Judge Michael P. McCuskey, the Report and Recommendation (d/e 28) is accepted by this court.  Defendants' Motion to Dismiss (d/e 18) and Motion to Dismiss (d/e 24) are GRANTED.   Plaintiff's Complaint (d/e 1) is dismissed with prejudice as to all Defendants.  Plaintiff's Motion for Temporary Restraining Order (d/e 11) is MOOT. This case is terminated.  -------------------------------------------------------------------------------------------------------

                        ENTER this 8th day of February 2011

                        s/ Pamela E. Robinson
                        PAMELA E. ROBINSON, CLERK

                        s/ M. Eddings
                        _____
                            BY:  DEPUTY CLERK